IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00915-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

SHAKIR ABDUSH-SHAKUR,

       Petitioner,

v.

JACK FOX, Warden,

       Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Petitioner Shakir Abdush-Shakur is in the custody of the Federal Bureau of

Prisons and is incarcerated at the U.S. Penitentiary in Florence, Colorado.  On April 22,

2016, he filed *pro se* a "Writ of Habeas Corpus 28 USC 2241" (ECF No. 1) and

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action (ECF No. 2).  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are

deficient as described in this Order.  Petitioner is directed to cure the following if he

wishes to pursue this action.  Any papers that Petitioner files in response to this Order

must be labeled with the civil action number identified on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___     is not submitted
(2)   ___     is missing affidavit
(3)   ___     is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing

(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  __   other:

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  X    is not on proper Court-approved form
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos.
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  X    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __   other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Petitioner files in response to this Order must be labeled with the civil action number identified on this Order.  It is

FURTHER ORDERED that Applicant shall obtain and utilize the Court-approved form for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 26, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge